Certificate Number: 00301-PAM-DE-031540449

Bankruptcy Case Number: 13-04121


00301-PAM-DE-031540449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2018, at 9:52 o'clock PM EDT, STEPHANIE FORTIN completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 28, 2018

By: /s/Rose Poley

Name: Rose Poley

Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-031540450

Bankruptcy Case Number: 13-04121


00301-PAM-DE-031540450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 28, 2018</u>, at <u>9:52</u> o'clock <u>PM EDT</u>, <u>ERICK FORTIN</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 28, 2018</u>

By: <u>/s/Rose Poley</u>

Name: <u>Rose Poley</u>

Title: <u>Certified Bankruptcy Counselor</u>