```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-04121-RNO
Erick C. Fortin                                                 Chapter 13
Stephanie E. Fortin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: REshelman        Page 1 of 1        Date Rcvd: Apr 11, 2019
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         +Erick C. Fortin,    Stephanie E. Fortin,    200 Grove Street,    South Williamsport, PA 17702-6883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
          Ashlee Crane Fogle    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          ECMC    djwilcoxson@ecmc.org
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, NA jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, et al. jschalk@barley.com,    sromig@barley.com
          Matthew Gregory Brushwood    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
          Norman M. Lubin    on behalf of Debtor 2 Stephanie E. Fortin Norm@cbatty.com
          Norman M. Lubin    on behalf of Debtor 1 Erick C. Fortin Norm@cbatty.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erick C. Fortin,  
    **Debtor 1**

Stephanie E. Fortin,  
    **Debtor 2**

Chapter 13

Case No. 4:13−bk−04121−RNO

Social Security No.:  
    xxx−xx−3361    xxx−xx−2411

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 11, 2019

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk

**fnldec** (05/18)